IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:09cr430 |
| | ) | |
| LOURDES ROJAS ALMANZA, | ) | Honorable Gerald Bruce Lee |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon Motion of the United States to Dismiss Counts 5, 6, 11, 12 and 13 of the Indictment in the above-captioned case, it is hereby

ORDERED, that Counts 5, 6, 11, 12 and 13 of the Indictment in the above-captioned case are dismissed as to defendant Lourdes Rojas Almanza.

/s/
Gerald Bruce Lee
United States District Judge
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia

Date: December 17, 2009