IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:09:CR0430 |
| | ) | |
| LOURDES ROJAS ALMANZA, | ) | Honorable Gerald Bruce Lee |
| | ) | |
| | ) | Sentencing:  April 30, 2010 |
| Defendant | ) | |
| | ) | |

**MOTION OF THE UNITED STATES FOR AN ADDITIONAL
ONE LEVEL REDUCTION IF THE COURT FINDS THAT THE
DEFENDANT QUALIFIES FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America, through its attorneys, Neil H. MacBride, United States Attorney and Charles F. Connolly and Marla B. Tusk, Assistant United States Attorneys, moves this Court pursuant to U.S.S.G. § 3E1.1(b) to grant an additional one-level reduction in the offense level for acceptance of responsibility, *if* the Court finds that the Defendant qualifies for acceptance of responsibility under U.S.S.G. § 3E1.1(a).

The government states that the defendant has assisted authorities in the investigation and prosecution of her misconduct by timely notifying the United States of the defendant's intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for her trial and permitting the United States and the Court to allocate their resources efficiently and to prepare for the trial of her co-defendants.

        Respectfully submitted,

        Neil H. MacBride
        United States Attorney


By:         /s/
        Charles F. Connolly
        Assistant United States Attorney
        U.S. Attorney's Office
        2100 Jamieson Avenue
        Alexandria, VA 22314
        Ph:  703.299.3771
        Fax:  703.299.3981
        Charles.Connolly@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April 2010, I filed electronically the foregoing motion using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jonathan A. Simms
Rich Rosenthal Brincefield Manitta Dzubin & Kroeger, LLP
201 N. Union Street, Suite 140
Alexandria, VA 22314
703.299.3440
702.299.3441
*JASimms@RRBMDK.com*
Counsel for Defendant Lourdes Rojas Almanza

Nina Blanchard
Senior U.S. Probation Officer
Suite 100
10500 Battleview Parkway
Manassas, VA 20109
Tel: (703) 366-2100
Fax: (703) 366-2350
*Nina_Blanchard@vaep.uscourts.gov*

                                          /s/
                              Charles F. Connolly
                              Assistant United States Attorney
                              U.S. Attorney's Office
                              2100 Jamieson Avenue
                              Alexandria, VA 22314
                              Ph: 703.299.3771
                              Fax: 703.299.3981
                              Charles.Connolly@usdoj.gov