Petition for Action on Conditions of Pretrial Release
Page 1
PS 8 (02/10)



# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. __Lourdes Rojas Almanza__         Docket No. __09CR430__

### Petition for Action on Conditions of Pretrial Release

COMES NOW Paul Arnett, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Lourdes Rojas Almanza, who was placed under pretrial release supervision by the Honorable Gerald Bruce Lee sitting in the court at Alexandria, on April 27, 2010, under the following conditions:

*Report on a regular basis to pretrial services;
*Placed in the third-party custody Marcus Almanza-Arce (defendant's uncle);
*Not depart the Washington, DC metropolitan area without prior approval of pretrial services or the Court;
*All employment be approved in advance by pretrial services;
*Avoid all contact with witnesses, co-defendant's, victim or any other person provided by the AUSA's office;
*Refrain from conducting any financial transactions involving credit;
*Notify all current and future employers and clients of charged offenses;
*Surrender any passport or travel documents to pretrial services within 24 hours;
*Obtain no passport or travel documents;
*Placed on home detention with electronic monitoring with time-outs;
*Reside with custodian and not move without prior approval from pretrial services;
*Refrain from opening any new lines of credit without prior approval from pretrial services; and
*Notify Virginia Real Estate Board of the charged offense.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On April 21, 2010, the defendant was late returning home.

On April 27, 2010 at 9:35 a.m., this officer received an alert advising "Transmitter Open Strap" regarding the defendant's ankle strap. This alert is indicative of the monitoring bracelet being removed without authorization. (if short, enter details here; if lengthy write on separate sheet and attach)

PRAYING THAT THE COURT WILL ORDER a warrant for the defendant and she appear in Court to show cause why her conditions of release should not be revoked.

ORDER OF COURT

Considered and ordered this _27L_ day of _April_ , 20 _10_ and ordered filed and made a part of the records in the above case.

_/s/_
Gerald Bruce Lee
United States District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   __April 27, 2010__

_Paul Arnett_
Paul Arnett
U.S. Probation Officer

Place:  __Alexandria__

FILED
APR 2 7 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA