IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

United States of America          )
                                  )
          v.                      )          Case No. 1:09cr430(GBL)
                                  )
Lourdes Rojas Almanza,            )
                                  )
          Defendant.              )

ORDER

THIS MATTER is before the Court on Motion of the United

States to Continue the Sentencing Hearing and to

Withdraw Motion for Acceptance of Responsibility (Dkt. No. 220).

For good cause shown, it is hereby

ORDERED that the Motion of the United States to Continue the

Sentencing Hearing and to Withdraw Motion for Acceptance of

Responsibility is GRANTED.  Defendant's sentencing is continued

to _June 4, 2010 ·/· 9:00 Am_

The Clerk is directed to forward a copy of this Order to

counsel.

Entered this _28th_ day of April, 2010.

Alexandria, Virginia                    _____/s/_____
                                        Gerald Bruce Lee
                                        United States District Judge