IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:09:CR0430 |
| | ) | |
| LOURDES ROJAS ALMANZA, | ) | Honorable Gerald Bruce Lee |
| | ) | |
| | ) | Sentencing:  April 29, 2010 |
| Defendant | ) | |
| | ) | |

**MOTION OF THE UNITED STATES TO CONTINUE THE
SENTENCING HEARING AND TO WITHDRAW MOTION
FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America, through its attorneys, Neil H. MacBride, United States Attorney and Charles F. Connolly and Marla B. Tusk, Assistant United States Attorneys, moves this Court to continue the sentencing hearing that is currently set for April 29, 2010 and to withdraw the previously filed Motion for Acceptance of Responsibility.  In support thereof, the government states the following:

1.    Lourdes Rojas Almanza ("Almanza") was charged in a 14-count indictment on September 23, 2009.  On September 24, 2009, she made her initial appearance and at a detention hearing on September 28, 2009, she was released on bond and conditions, one of which was the imposition of electronic monitoring.

2.  On December 17, 2009, she pled guilty to count 1 of the indictment, charging her with conspiracy to commit bank and wire fraud.  This Court set her sentencing hearing for Friday, April 30, 2010.[1]

3.  On Tuesday, April 27, 2010, the United States Attorney's Office received a message that Almanza's electronic monitoring ankle bracelet had been compromised.  Federal agents then determined that Almanza, using her sister's name and passport, had booked a flight from Washington Reagan National Airport to Bolivia, with a connection through Miami.

4.  On Tuesday afternoon, April 27, 2010, Almanza was arrested at the Miami airport.  She is in federal custody in Miami and has an initial appearance on Wednesday, April 28, 2010.

In light of the foregoing, the United States respectfully requests that this Court continue Almanza's sentencing hearing until she returns to the Eastern District of Virginia.  The United States also withdraws its motion requesting that Almanza receive a third point for her acceptance of responsibility.  The government will be filing an amended position with respect to sentencing before the new sentencing hearing date.

---

[1] The Court's subsequently rescheduled the hearing for Thursday, April 29, 2010.

        Respectfully submitted,

        Neil H. MacBride
        United States Attorney

By:       /s/
        Charles F. Connolly
        Assistant United States Attorney
        U.S. Attorney's Office
        2100 Jamieson Avenue
        Alexandria, VA 22314
        Ph:  703.299.3771
        Fax:  703.299.3981
        Charles.Connolly@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April 2010, I filed electronically the foregoing motion using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jonathan A. Simms
Rich Rosenthal Brincefield Manitta Dzubin & Kroeger, LLP
201 N. Union Street, Suite 140
Alexandria, VA 22314
703.299.3440
702.299.3441
*JASimms@RRBMDK.com*
Counsel for Defendant Lourdes Rojas Almanza

Nina Blanchard
Senior U.S. Probation Officer
Suite 100
10500 Battleview Parkway
Manassas, VA 20109
Tel:  (703) 366-2100
Fax: (703) 366-2350
*Nina_Blanchard@vaep.uscourts.gov*

          /s/
Charles F. Connolly
Assistant United States Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Ph:  703.299.3771
Fax:  703.299.3981
Charles.Connolly@usdoj.gov