IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  ) Crim. No.1:09CR430<br>v. )<br>  )<br>YESENIA BANEGAS )<br>OSCAR BARAHONA ) Trial Date: July 19, 2010<br>FIDELINO FERRUFINO )<br>SANTOS EUCEDA MANZANARES )<br>DELMY MENDIETA )<br>WILMER MENDIETA )<br>MARIA DEL CARMEN RAPALO )<br>JOSE RODRIGUEZ )<br>JOSE VILLATOROS )<br>  )<br>  Defendants. ) | |

## GOVERNMENT'S MOTION TO USE ELECTRONIC COURTROOM PRESENTATION EQUIPMENT

COMES NOW the United States and hereby moves this Honorable Court to allow the parties to make use of computer equipment, document camera, audio devices, and/or TV/DVD combination equipment in the courtroom to publish admitted exhibits, as permitted by the Court at the upcoming trial. Defense counsel for defendants Manzanares, Rapalo and Rodriguez have filed similar motions asking for authority to use their laptops during trial.

        Respectfully submitted,

        Neil H. MacBride
        United States Attorney

By:       /s/
        Charles F. Connolly
        Assistant United State Attorney
        U.S. Attorney's Office
        Justin W. Williams U.S. Attorney's Building
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Phone: 703-299-3700
        Fax: 703-299-3981
        Email Address: charles.connolly@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June 2010, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

| | |
|---|---|
| David Joseph Kiyonaga<br>david.kiyonaga@verizon.net<br>*Counsel for Yesenia Banegas* | Drewry B. Hutcheson , Jr<br>hutch365@msn.com<br>*Counsel for Oscar Barahona\* |
| Dwight Everette Crawley<br>vadclawyer@aol.com<br>*Counsel for Fidelino Ferrufino* | John Louis Machado<br>johnmachadoesq@kreative.net<br>*Counsel for Santos Euceda Manzanares* |
| Alan H. Yamamoto<br>yamamoto.law@verizon.net<br>*Counsel for Delmy Mendieta* | Gary H. Smith<br>smithgh58@aol.com<br>*Counsel for Wilmer Mendieta* |
| Jeffrey Daniel Zimmerman<br>zimpacer@gmail.com<br>*Counsel for Maria Del Carmen Rapalo* | Joseph John McCarthy<br>mccarthy@lawdmc.com<br>*Counsel for Jose Rodriguez* |
| Kimberly Jo Phillips<br>kphillips@patrickhenry.net<br>*Counsel for Jose Villatoros* | |

                                                                /s/
                                      Charles F. Connolly
                                      Assistant United States Attorney
                                      2100 Jamieson Avenue
                                      Alexandria, Virginia 22314
                                      Phone:  703-299-3700
                                      Fax: 703-299-3981
                                      Email: charles.connolly@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Crim. No.1:09CR430 |
| v. | ) | |
| | ) | |
| YESENIA BANEGAS | ) | |
| OSCAR BARAHONA | ) | Trial Date: July 19, 2010 |
| FIDELINO FERRUFINO | ) | |
| SANTOS EUCEDA MANZANARES | ) | |
| DELMY MENDIETA | ) | |
| WILMER MENDIETA | ) | |
| MARIA DEL CARMEN RAPALO | ) | |
| JOSE RODRIGUEZ | ) | |
| JOSE VILLATOROS | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

The motion of the United States to allow the parties to make use of computer equipment, the document camera, audio devices, and/or TV/DVD combination equipment in the courtroom to publish admitted exhibits, as permitted by the Court, is hereby granted.

The Clerk shall send copies of this Order to all counsel of record.

_____
United States District Judge

Date: _____
   Alexandria, Virginia