IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Case No.  1:09-CR-430 |
| v. | ) | |
| | ) | |
| YESENIA BANEGAS, | ) | Honorable Anthony J. Trenga |
| OSCAR BARAHONA, | ) | |
| FIDELINO FERRUFINO | ) | |
| SANTOS EUCEDA MANZANARES, | ) | |
| DELMY MENDIETA, | ) | |
| WILMER MENDIETA, | ) | |
| MARIA DEL CARMEN RAPALO, | ) | |
| JOSE RODRIGUEZ, | ) | |
| JOSE VILLATOROS, | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S MOTION TO JOIN DEFENDANT RODRIGUEZ'S MOTION FOR LEAVE TO KEEP WITNESSES ON CALL**

The United States of America, by and through its undersigned counsel, moves to join Defendant Jose Rodriguez's Motion For Leave To Keep Witnesses On Call ("Defendant's Motion").  For the reasons explained in Defendant's Motion as well as the expectation that the government will need to call over 30 witnesses in the its case-in-chief, the United States respectfully joins Defendant Rodriguez's request that the Court permit witnesses under subpoena to remain on call for trial in lieu of appearance on the first day of trial.  The request will assist scheduling the appearances of non-local witnesses and an orderly presentation of trial testimony.

2

        Respectfully submitted,

        Neil H. MacBride
        United States Attorney

By:       /s/
        Charles F. Connolly
        Marla B. Tusk
        Uzo E. Asonye
        Assistant United States Attorneys
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Phone: 703-299-3700
        Fax: 703-299-3981

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July 2010, I electronically filed the foregoing Opposition with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

| | |
|---|---|
| David Joseph Kiyonaga<br>david.kiyonaga@verizon.net<br>*Counsel for Yesenia Banegas* | Drewry B. Hutcheson, Jr.<br>hutch365@msn.com<br>*Counsel for Oscar Barahona* |
| Dwight Everette Crawley<br>vadclawyer@aol.com<br>*Counsel for Fidelino Ferrufino* | John Louis Machado<br>johnmachadoesq@kreative.net<br>*Counsel for Santos Euceda Manzanares* |
| Alan H. Yamamoto<br>yamamoto.law@verizon.net<br>*Counsel for Delmy Mendieta* | Gary H. Smith<br>smithgh58@aol.com<br>*Counsel for Wilmer Mendieta* |
| Jeffrey Daniel Zimmerman<br>zimpacer@gmail.com<br>*Counsel for Maria Del Carmen Rapalo* | Joseph John McCarthy<br>mccarthy@lawdmc.com<br>*Counsel for Jose Rodriguez* |
| Kimberly Jo Phillips<br>kphillips@patrickhenry.net<br>*Counsel for Jose Villatoros* | |

/s/
Uzo E. Asonye
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone:  703-299-3700
Fax: 703-299-3981
Email: uzo.asonye@usdoj.gov